IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:04-cv-0326-MEF |
| | ) | |
| MELVIN LAMAR SMITH | ) | |

# **O R D E R**

After an independent review of the file, it is the

ORDER, JUDGMENT and DECREE of the court that:

(1) The objection (Doc. #14) filed by the defendant on June 7, 2006 is overruled;

(2) The recommendation of the United States Magistrate Judge (Doc. #13) entered on May 25, 2006 is adopted;

(3) The 28 U.S.C. § 2255 motion filed by defendant is DENIED, as the claims therein entitled him to no relief.

DONE this the 14th day of July, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE